AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

United States of America )
v. )
) Case No: 10-137-BAJ-RLB
Demaine D. Williams )
) USM No: 05571-095
Date of Original Judgment: 03/16/2011 )
Date of Previous Amended Judgment: 08/16/2012 ) Rebecca Hudsmith, Federal Public Defender
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 115 months **is reduced to** 96 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

*This term consists of a term of 96 months on each of counts one and two to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated 08/16/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/6/2015

*Judge's signature*

Effective Date: 11/02/2015   Brian A. Jackson, Chief U.S. District Judge
*(if different from order date)*   *Printed name and title*